1  JEFFRY BUTLER (SBN 180936)
   Jeffry.butler@dentons.com
2  DENTONS US LLP
   One Market Plaza
3  Spear Tower, 24th Floor
   San Francisco, CA 94105
4  Telephone: (415) 267-4000
   Facsimile: (415) 267-4198
5
   Attorney for Defendants
6  DIAMOND SERVICES MANAGEMENT, LLC and
   FREDERICK GOLDMAN, INC.
7

8  EDWARD VINCENT KING, JR. (SBN 085726)
   evking@kingandkelleher.com
9  KING & KELLEHER. LLP
   The Russ Building
10 235 Montgomery Street, Suite 1220
   San Francisco, CA 94104
11 Telephone:     415-781-2888
   Facsimile:     415-781-3011
12
   Attorney for Plaintiffs
13 TRENT WEST AND TRENT WEST, INC.

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

17

| Diamond Services Management, LLC and Frederick Goldman, Inc., | Case No. No. 5:21-cv-05329-BLF |
|---|---|
| Counter-Claimant, | **STIPULATION FOR DISMISSAL OF ACTION** |
| v. | Judge: Hon. Beth Labson Freeman |
| Trent West and Trent West, Inc., | |
| Counter-Defendant. | |
| TRENT WEST and TRENT WEST, INC. | |
| Plaintiffs, | |
| v. | |
| DIAMOND SERVICES MANAGEMENT, LLC and FREDERICK GOLDMAN, INC. | |
| Defendants. | |

1   Pursuant to Federal Rule of Civil procedure 41(a)(1)(A)(ii), all parties who have appeared in this matter—Plaintiffs and Counter-Defendants Trent West and Trent West, Inc. and Defendants and Counterclaimants Diamond Services Management, LLC and Frederick Goldman, Inc. through their respective counsel of record, jointly stipulate:

1.  The Parties agree to the dismissal with prejudice of Plaintiffs' Counts III and IV and dismissal without prejudice of Counts I and II. The Parties further agree to the dismissal without prejudice of the Defendants' counterclaims in the above-captioned action, *Trent West and Trent West, Inc. v. Diamond Services Management, LLC and Frederick Goldman, Inc.*, N.D. Cal. Case No. No. 5:21-cv-05329-BLF.

2.  The Parties shall bear their own costs and fees except as otherwise agreed between the parties related to the above-captioned action.

IT IS SO STIPULATED.

Dated: October 22, 2021        DENTONS US LLP

By: */s/ Jeffry Butler*
    JEFFRY BUTLER

Attorneys for Defendants and Counter-plaintiffs
DIAMOND SERVICES MANAGEMENT, LLC and FREDERICK GOLDMAN, INC.

Dated: October 22, 2021        KING & KELLEHER, LLP

By: */s/ Edward V. King, Jr.*
    EDWARD V. KING, JR.

Attorneys for Plaintiffs and Counterdefendants
TRENT WEST and TRENT WEST, INC.

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CA 94105
415 267 4000

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: October 22, 2021					DENTONS US LLP


							By: ___*s/ Jeffry Butler*___
							       JEFFRY BUTLER
							Attorneys for Defendants
							DIAMOND SERVICES MANAGEMENT, LLC
							AND FREDERICK GOLDMAN, INC